UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>                  Plaintiff,<br><br>       v.<br><br>BYERS, et al.,<br><br>                  Defendants. | No.  2:17-cv-1869-EFB<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed a "motion to stay all proceedings, and for reorder of appointment of counsel" in this case and in Case No. 16-cv-00969-MCE-AC.  ECF No. 34.

Plaintiff's request regarding counsel is directed solely to Case No. 16-cv-00969-MCE-AC. Plaintiff has not been appointed counsel in this action.  Accordingly, the court will not address plaintiff's request regarding appointed counsel in this action.

Plaintiff asks for a stay of proceedings because he claims he has been deprived of his legal property.  However, plaintiff's only showing on this claim is a receipt indicating that he was issued his legal property on July 31, 2018.  ECF No. 34 at 3.  That plaintiff may have been without his legal property for an unknown period of time prior to July 31, 2018 is not cause to stay these proceedings.  Without any other showing of the necessity of the requested stay, the court will not delay the case.

1

1       Accordingly, the motion to stay is DENIED.

2 DATED: July 15, 2019.

3

4                     EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28