UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>        Plaintiff,<br><br>  v.<br><br>S. BYER,<br><br>        Defendant. | No. 2:17-cv-1869-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He filed this action in September of 2017. ECF No. 1. On December 12, 2019, the court appointed counsel Alexander Nowinski in the limited role of aggregating plaintiff's medical records so that the court could determine whether further appointment of counsel was necessary. ECF No. 41. The court set an initial deadline of sixty days for submission of the medical records. *Id.* On February 14, 2020, Mr. Nowinski requested an additional thirty days to submit the records. ECF No. 47. That request is GRANTED. The records shall be submitted within thirty days from the date of service of this order.

So Ordered.

DATED: February 18, 2020.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE