UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>           Plaintiff,<br><br>     v.<br><br>S. BYER,<br><br>           Defendant. | No. 2:17-cv-1869-EFB P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

   Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On August 1, 2019, plaintiff filed a motion for the appointment of counsel alleging that he was medically incapable of representing himself in this action.[1]  ECF No. 39.  In determining whether to grant that motion, the court appointed counsel Alexander Nowinski for the limited purpose of assembling plaintiff's medical records and presenting them to the court.  ECF No. 41.  Mr. Nowinski completed that task and the court now finds that the appointment of counsel for plaintiff is warranted for the limited purpose of drafting and filing a response to defendant's motion to dismiss and will partially grant plaintiff's motion.  Mr. Nowinski has advised that his schedule does not permit further involvement in this case and he is relieved of any further obligation to represent Mr. Turner in this matter.  Consequently, Brian C. McComas

---

[1] The motion to appoint counsel was drafted with the assistance of another inmate.  ECF No. 39 at 3.

has been selected from the court's pro bono attorney panel to represent plaintiff for the limited purpose of filing a response to defendant's motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 39) is partially granted and Brian C. McComas is appointed as limited purpose counsel for plaintiff in the above entitled matter.  This appointment is for the limited purpose of drafting and filing a response to defendant's motion to dismiss.  Plaintiff's response to defendant's motion to dismiss is due 90 days from the date of service of this order.

2. Brian C. McComas' appointment will terminate when plaintiff's response to defendant's motion to dismiss, or non-opposition to defendant's motion to dismiss, is filed.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Brian C. McComas, Law Office of B. C. McComas LLP, 77 Van Ness Ave., Suite 101, PMB 1605, San Francisco, CA 94102.

5. Counsel for defendant Byer shall serve a DVD copy of the video attachment to the motion to dismiss (Exh. D to ECF No. 38) on Mr. Turner's newly appointed counsel.

6. Alexander Nowinski's limited appointment is terminated and he has no further obligation to represent Mr. Turner in this case.

DATED: May 12, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2