UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER, | No.  No. 2:17-cv-1869-WBS-JDP-P |
| Plaintiff, | |
| v. | ORDER |
| S. BYER, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 14, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 14, 2020, are adopted in full;

2. Defendant's motion to dismiss (ECF No. 38) is GRANTED in part;

1

3. All excessive force claims premised on Byers' alleged conduct prior to and including plaintiff's restraint are DISMISSED without prejudice as Heck-barred; and

4. This action proceeds solely on the allegation that Byers used excessive force against plaintiff after he was already subdued and restrained.

Dated:  November 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE