FILED
DEC 14 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

TAh

2:17-cv-1869-WBS-JDP

1  For case reason 5,000 make
2  Payee for case #: G05794
3
4  Do hay caim force exssive to
5  me I befor injury and trial
6
7  can I
8
9
10

TO COURT

[signature]