IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO R. TURNER,**<br><br>Plaintiff,<br><br>v.<br><br>**S. BYER,**<br><br>Defendant. | Case No. 2:17-CV-01869-WBS-JDP (PC)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER |

This matter having come before the Court on Defendant's motion to modify the scheduling order, and good cause appearing, the motion is GRANTED.

The November 13, 2020 discovery and scheduling order is modified to extend the deadline for filing dispositive motions to October 30, 2021.

IT IS SO ORDERED.

Dated:   July 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE