IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO R. TURNER,** | Case No. 2:17-cv-01869-WBS-JDP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND REQUEST TO MODIFY SCHEDULING ORDER** |
| v. | |
| **S. BYER,** | |
| Defendant. | |

This matter having come before the Court on Defendant's second motion to modify the scheduling order, and good cause appearing, the motion is GRANTED.

The deadline for filing dispositive motions is extended until November 30, 2021.

IT IS SO ORDERED.


Dated:   October 28, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE