UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. BYERS,<br><br>　　　　　Defendant. | Case No.   2:17-cv-01869-WBS-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SET A SETTLEMENT CONFERENCE<br><br>ECF No. 68 |

　　　　On November 12, 2021, plaintiff filed a motion that asks the court to set a settlement conference. ECF No. 68. Shortly thereafter, defendant filed a motion for summary judgment, arguing that plaintiff's claims must be dismissed for failure to exhaust his administrative remedies. ECF No. 69.

　　　　In light of defendant's motion for summary judgment, a settlement conference would likely be unproductive and waste of scarce judicial resources. Accordingly, plaintiff's motion to set a settlement conference, ECF No. 68, is denied. Should defendant's motion be denied, plaintiff may renew his request to set a settlement conference. Plaintiff is also reminded that he is required to file an opposition or statement of non-opposition to defendant's motion by no later than December 20, 2021. *See* E.D. Cal. L.R. 230(l).

IT IS SO ORDERED.

Dated: December 3, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE