UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOFONZO R. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. BYERS,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01869-WBS-JDP (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 77 |

Defendant has filed a motion for an extension of time to file a reply to plaintiff's opposition to his motion for summary judgment. ECF No. 77. Good cause appearing, defendant's motion is granted, and the reply filed February 25, 2022, ECF No. 79, is deemed timely.

IT IS SO ORDERED.

Dated:　　March 29, 2022　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE